Tracy Collins, SBN 144307
Law Offices of Tracy Collins
5699 Kanan Road, Suite 415
Agoura Hills, CA 91301
Phone: (818) 889-2441
Fax: (818) 889-1210
tracy@tracycollins.com

Attorney for Plaintiff Carol Herceg

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CAROL HERCEG, | NO. CV-08-08117 PA VBKx |
| Plaintiff, | COMPLAINT FOR BENEFITS UNDER ERISA LONG-TERM DISABILITY PLAN |
| -vs- | |
| HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, COMPUTER SCIENCES CORPORATION ("CSC") GROUP INSURANCE PLANS, | |
| Defendants. | |

1. This action is brought under 29 U.S.C. §§ 1132(a), (e) and (f), §§ 502(a), (1)(B) of the Employee Retirement Income Security Act of 1974, as amended (hereinafter "ERISA").

2. At all times relevant herein, Plaintiff CAROL HERCEG ("Plaintiff") was a participant in Defendant COMPUTER SCIENCE CORPORATION GROUP INSURANCE PLAN (the "Plan"), an employee welfare benefit plan offering short and long term disability benefits insured by Defendant HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY ("Hartford"). Defendants may be found in

1

1  this judicial district and the Plan is administered in this district therefore, venue is
2  proper here pursuant to 29 U.S.C. § 1132(e) and 28 U.S.C. § 1391(b)(2).
3  3.     Plaintiff, at all times relevant herein, was employed by COMPUTER
4  SCIENCE CORPORATION ("CSC") and was a participant in the Plan. Defendant
5  Plan is an employee welfare benefit plan within Title I of ERISA, sponsored by
6  CNA.
7  4.     Plaintiff is informed and believes that Defendant Hartford is a corporation
8  with its principal place of business in the State of Connecticut, authorized to transact
9  and transacting business in the Central District of California and can be found in the
10 Central District of California.
11 5.     In or about January 2008, during the period of her employment, Plaintiff
12 became disabled as defined by the terms of the Plan. The Plan terms required that in
13 order to receive benefits thereunder, Plaintiff must first apply for short term
14 disability benefits to Hartford, following approval and exhaustion of which, Hartford
15 would automatically consider Plaintiff's eligibility for long term benefits in the
16 absence of a separate application for long term benefits. Plaintiff applied for and
17 was denied short term disability benefits from Hartford, which claim Hartford
18 denied.
19 6.     Plaintiff appealed Hartford's adverse determination. In connection with its
20 consideration of Plaintiff's appeal, Hartford requested certain further information
21 from Plaintiff's treating orthopedic surgeon, but allowed the treating doctor an
22 insufficient and very limited amount of time to provide the requested information.
23 When the treating doctor was unable to respond within the wholly inadequate
24 deadline unilaterally set by Hartford, Hartford upheld the initial denial of Plaintiff's
25 claim and advised Plaintiff it would consider no further information concerning her
26 claim.
27 7.     Plaintiff learned for the first time upon receipt of Hartford's denial that
28 Hartford had requested information from her orthopedist and as such was provided

no opportunity by Hartford to ensure the doctor responded prior to Hartford's unilateral closure of the administrative appeal and record. Although Plaintiff thereafter submitted to Hartford the information Hartford had requested from her treating orthopedist, Hartford declined to review the information and instead returned the information in is entirety to Plaintiff and stated it declined to review such information.

8. Plaintiff has exhausted all administrative remedies in relation to her claim for both long and short term disability under the Plan in that Hartford has closed the appeal and acknowledged Plaintiff's exhaustion of administrative remedies on her short term claim and the submission of a separate long term claim to Hartford would be futile in that a separate application for long term benefits is not required under the Plan terms and moreover, Plaintiff cannot establish that she has been continually disabled for the elimination period required for long term benefits as Hartford has deemed her ineligible for short term benefits. Further, even if a separate application were required by the Plan, it is self-evident that Hartford would not approve Plaintiff eligible for long term benefits having found her ineligible for short term benefits.

9. As a direct and proximate result of Defendants' refusal to approve Plaintiff for disability benefits, she has been deprived of short and long term benefits from January 2008 to the present and continuing in a sum to be determined at the time of trial.

11. As a further direct and proximate result of the denial of benefits, Plaintiff has been required to incur attorney fees to pursue this action, and is entitled to have such fees paid by Defendants pursuant to 29 U.S.C. § 1132(g)(1), ERISA § 502(g)(1).

12. A controversy now exists between the parties as to whether Plaintiff is entitled to short and long term disability benefits under the Plan. Plaintiff seeks the declaration of this Court that she is entitled to disability benefits from January 2008 forward and continuing so long as she remains disabled as defined by the Plan.

WHEREFORE, Plaintiff prays for relief against Defendant as follows:

1. A declaration of this Court that she meets the Plan's definition of "disability" for purposes of short and long term disability from January 2008 through the present and continuing so long as she remains disabled as defined by the Plan;

2. An award of benefits from January 2008 to the present, together with interest at an appropriate rate on each monthly payment from the date it became due until the date it is paid;

3. For reasonable attorney fees and costs incurred in this action; and

4. For such other and further relief as this Court deems just and proper.

Dated: December 8, 2008         LAW OFFICES OF TRACY COLLINS

                                _____
                                TRACY COLLINS
                                Attorney for Plaintiff CAROL HERCEG

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Percy Anderson and the assigned discovery Magistrate Judge is Victor B. Kenton.

The case number on all documents filed with the Court should read as follows:

**CV08- 8117 PA (VBKx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

===================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| | | |
|---|---|---|
| [X] **Western Division**<br>312 N. Spring St., Rm. G-8<br>Los Angeles, CA 90012 | [ ] **Southern Division**<br>411 West Fourth St., Rm. 1-053<br>Santa Ana, CA 92701-4516 | [ ] **Eastern Division**<br>3470 Twelfth St., Rm. 134<br>Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)   NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

Tracy Collins, SBN 144307
Law Offices of Tracy Collins
5699 Kanan Road, Suite 415
Agoura Hills, CA 91301
(818) 889-2441 Phone
(818) 889-1210 Fax   tracy@tracycollins.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL HERCEG,<br><br>PLAINTIFF(S)<br>v.<br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, COMPUTER SCIENCE CORP. ("CSC") GROUP INSURANCE PLANS,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>**CV08-08117 PA VBK**<br><br><br>**SUMMONS** |

TO:   DEFENDANT(S): Hartford Life and Accident Ins. Co.; Computer Science Corp. Group Ins. Plans

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Law Office of Tracy Collins_____, whose address is _5699 Kanan Road, Suite 415 Agoura Hills CA 91301_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: __DEC - 9 2008__

Clerk, U.S. District Court

By: _____
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
CAROL HERCEG

**DEFENDANTS**

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Tracy Collins, SBN 144307
5699 Kanan Road, Suite 415
Agoura Hills, CA 91301  (818) 889-2441

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
☒ 1 Original Proceeding
☐ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify):
☐ 6 Multi-District Litigation
☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☐ Yes  ☒ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No    ☐ **MONEY DEMANDED IN COMPLAINT: $**_____

**VI. CAUSE OF ACTION** (Cite the U.S Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
29 U.S.C. Section 1132 (a) (e) (f)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☒ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | **FORFEITURE/PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/Acco- mmodations | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | **REAL PROPERTY** | | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | | ☐ 220 Foreclosure | | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | | ☐ 230 Rent Lease & Ejectment | **IMMIGRATION** | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | | **FEDERAL TAX SUITS** |
| | | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus- Alien Detainee | ☐ 440 Other Civil Rights | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | ☐ 871 IRS-Third Party 26 USC 7609 |

**FOR OFFICE USE ONLY:    Case Number:** CV08-08117

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)                CIVIL COVER SHEET                Page 1 of 2

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)
☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Carol Herceg - Los Angeles | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Hartford Life and Accident Ins. Co. - State of Connecticut<br>Computer Science Corp. Group Insurance Plans - State of Virginia |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____ Date 12/8/08

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969 (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |