JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL HERCEG, | CV 08-8117 PA (VBKx) |
| Plaintiff, | JUDGMENT |
| v. | |
| HARTFORD LIFE & ACCIDENT INSURANCE COMPANY, COMPUTER SCIENCES CORPORATION ("CSC") GROUP INSURANCE PLANS, | |
| Defendants. | |

Pursuant to the Findings of Fact and Conclusions of Law entered by the Court on February 5, 2009,

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff Carol Herceg ("Plaintiff") shall have judgment against defendants Hartford Life & Accident Insurance Company and Computer Sciences Corporation ("CSC") Group Insurance Plans on Plaintiff's claim for short term disability benefits.

//

//

//

//

1   IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff shall
2 recover her costs of suit.
3   IT IS SO ORDERED.
4
5 DATED: September 8, 2009   _____
6                                                         Percy Anderson
                                                  UNITED STATES DISTRICT JUDGE