JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL HERCEG,<br><br>         Plaintiff,<br><br>      v.<br><br>HARTFORD LIFE & ACCIDENT<br>INSURANCE COMPANY,<br>COMPUTER SCIENCES<br>CORPORATION ("CSC") GROUP<br>INSURANCE PLANS,<br><br>        Defendants. | CV 08-8117 PA (VBKx)<br><br>JUDGMENT |

Pursuant to the Findings of Fact and Conclusions of Law entered by the Court on

February 5, 2009,

     IT IS HEREBY ORDERED, ADJUDGED AND DECREED that plaintiff Carol

Herceg ("Plaintiff") shall have judgment against defendants Hartford Life & Accident

Insurance Company and Computer Sciences Corporation ("CSC") Group Insurance Plans on

Plaintiff's claim for short term disability benefits.

//

//

//

//

1     IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiff shall

2     recover her costs of suit.

3     IT IS SO ORDERED.

4

5     DATED: September 8, 2009

6                                                                        _____
                                                                              Percy Anderson
                                                                         UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28