Tracy Collins, Esq., State Bar No. 144307
Law Offices of Tracy Collins
5699 Kanan Road, Suite 415
Agoura Hills, CA 91301
(818) 889-2441 (Phone)
(818) 889-1210 (Facsimile)
tracy@tracycollins.com

Attorneys for Plaintiff Carol Herceg

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CAROL HERCEG,<br><br>    Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY, COMPUTER SCIENCES CORPORATION ("CSC") GROUP INSURANCE PLANS,<br><br>    Defendants. | Case No. CV 08-8117 PA (VBKx)<br><br>**ACKNOWLEDGMENT OF FULL SATISFACTION OF JUDGMENT**<br><br>Action filed: December 9, 2008 |

   Plaintiff Carol Herceg hereby acknowledges full satisfaction of judgment as follows:

   1.   On or about September 10, 2009, a judgment in favor of Plaintiff Carol Herceg for short-term disability benefits and against Defendants Hartford Life and Accident Insurance Company ("Hartford") and CSC Group Insurance Plans was entered in the above-entitled action, United States District Court, Central District of California, Case No. CV 08-8117 PA (VBKx) ("the judgment").

   2.   On or about October 13, 2009, an order awarding attorney's fees and costs to Plaintiff in the amount of $31,750 was entered by the Court ("the order").

///

3. On December 17, 2009, the judgment and order were satisfied in full by Hartford.

4. The full name of the judgment creditor is Carol Herceg.

5. Execution of this satisfaction of judgment does not release Defendants from their obligation to review Herceg's long term disability claim.

Dated: December 18, 2009          Law Offices of Tracy Collins

By: _____
Tracy Collins
Attorneys for Plaintiff Carol Herceg

LA #4822-9845-9397 v1

- 2 -

CASE NO. CV 08-8117 PA (VBKX)
ACKNOWLEDGMENT OF FULL
SATISFACTION OF JUDGMENT